No. 42331.—Protests 690930–G, etc., of D. Costalos et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protests were sustained.

No. 42332.—Protests 688512–G, etc., of D. Costalos et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protests were sustained.

No. 42333.—Protest 921358–G of Haupt & Burgi (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protest was sustained. Abstract 41794 followed.

No. 42334.—Protests 814119–G, etc., of A. Alonge & Bro. et al. (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42335.—Protests 810097–G, etc., of Pillitari Bros. et al. (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42336.—Protests 747561–G, etc., of G. Cresci et al. (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42337.—Protests 743111–G, etc., of Uddo Taormina Corp. et al. (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.

No. 42338.— Protests 733133–G, etc., of Antonio Piccini et al. (New York).

Opinion by Keefe, J. It was held that an allowance should have been made for the weight of the inedible covering on the outside of the cheese and the protests were sustained. Abstract 41794 followed.